UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CAMMEBY'S FUNDING LLC,

                Plaintiff,

     -against-

CAPITALSOURCE FINANCE LLC,

               Defendants.

------------------------------------------------------------x

No. 11 Civ. 3644 PGG
Hon. Paul G. Gardephe

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned is admitted to practice in this court and appears herein on behalf of the above-named defendants and that all future correspondence and papers in connection with this action are to be directed to such attorney at the address indicated below.

Dated: New York, New York
       June 29, 2011

                                      KATTEN MUCHIN ROSENMAN LLP

                                      By: _____
                                        Anthony L. Paccione
                                        anthony.paccione@kattenlaw.com
                                        575 Madison Avenue
                                        New York, New York  10022-2585
                                        Tel:  (212) 940-8800
                                        Fax: (212) 894-5766

                                        *Attorneys for Defendant CapitalSource Finance LLC.*

To: Clerk of the Court
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York  10007